OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

**Marc Joseph MALFARA, Respondent.**

**Nos. 468 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 25, 1999.

***ORDER***

PER CURIAM:

AND NOW, this 25th day of August, 1999, upon consideration of the recommendation of the Disciplinary Board dated July 27, 1999, it is hereby

ORDERED that Marc Joseph Malfara is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with the provisions of Rule 217, Pa.R.D.E.

This order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

**Anthony CARROZZA, III, Respondent.**

**No. 539 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 25, 1999.

***ORDER***

PER CURIAM:

AND NOW, this 25th day of August, 1999, there having been filed with this Court by Anthony Carrozza, III, his verified Statement of Resignation dated July 22, 1999, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Anthony Carrozza, III, be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.